IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHARLES CAULEY, | ) |
| Claimant, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-125(MTT) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Thomas Q. Langstaff. (Doc. 13). The Claimant filed a complaint on March 29, 2010, seeking review, pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c), of the Commissioner of Social Security's denial of the Claimant's application for Social Security disability benefits for lack of disability. (Doc. 1). The Magistrate Judge, having reviewed the case pursuant to 28 U.S.C. § 636 and 42 U.S.C. § 405(g), recommends affirming the decision of the Commissioner because the Commissioner's denial of benefits was supported by substantial evidence. Neither party has filed an objection to the Recommendation.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Because there is substantial evidence in the record to support the Commissioner's decision and the decision was reached through a proper application of the legal standards, the decision of the Commissioner is **AFFIRMED**.

**SO ORDERED,** this 25th day of August, 2011.

                                            <u>S/ Marc T. Treadwell</u>
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT